AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

TERRY L. THOMPSON,

       Plaintiff,

       v.

UNITED STATES OF AMERICA,

       Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-413-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendant's Motion to Dismiss (ECF No. 5) is GRANTED. Judgment of dismissal is entered without prejudice of the complaint and the claims therein. File closed.

August 15, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer